
RECEIVED
OCT 12 2021
BY MAIL

ROBBIE DONYEL HUDSON
REG. NO. 49112-044
FCI TERRE HAUTE
FEDERAL CORR. INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808

October 6, 2021

Mr. Gregory J. Linhares
Clerk of Court
U. S. District Court
for the Eastern District of Missouri
Southeastern Division
111 South Tenth Street
St. Louis, MO 63102-1116

    RE:   *Hudson v. United States*
          Civil No. 1:21-cv-_____
          Crim No. 1:19-cr-00087-SNLJ-1

Dear Mr. Linhares:

    Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and Memorandum of Law in Support thereof. Please submit these documents to the Court.

    Thank you for your assistance in this matter.

                                Sincerely,

                                /s/ Robbie Donyel Hudson
                                ROBBIE DONYEL HUDSON
                                Appearing *Pro Se*

*Encl. as noted*

Robbie Hudson
F.C.I Terre Haute #49112-044
P.O. Box 33
Terre Haute, IN 47808





LeGaL MaiL

RECEIVED
OCT 12 2021
BY MAIL

Mr. Gregory J. Linhares
Clerk of Court
U.S. District Court
for the Eastern District of
Southeastern Division
111 South Tenth Street

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another individual, please return to the above listed address.

OCT 08 2021

INMATE

Legal Mail